UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In Re:  Timothy John McClaren, | ) | |
| | ) | Case No. 14-10007-RGM |
| Debtor. | ) | Chapter 7 |
| _____) | | _____ |
| | ) | |
| Bayview Loan Servicing, LLC, as | ) | |
| Servicing Agent for the Bank of New | ) | |
| York Mellon fka The Bank of New York, | ) | |
| as Trustee for the Certificate Holders of | ) | |
| the CWALT, Inc., Alternative Loan | ) | |
| Trust 2006-OA9 Mortgage Pass-Through | ) | |
| Certificates, Series 2006-OA9, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Adversary Case No. 16-01181-RGM |
| | ) | |
| H. Jason Gold, Former CH 7 | ) | |
| Trustee, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF ALG TRUSTEE, LLC,'S MOTION TO DISMISS
THE AMENDED COMPLAINT AND NOTICE OF HEARING THEREON

PLEASE TAKE NOTICE that Defendant ALG Trustee, LLC, by counsel, has filed a

Motion to Dismiss ("Motion").  A hearing on the Motion will be held at:

| Place of Hearing: | Date and Time of Hearing: |
|---|---|
| Courtroom I, 2nd Floor | November 18, 2016 |
| United States Bankruptcy Court | At 2:00 9.m. |
| 200 South Washington Street | |
| Alexandria, Virginia 22314 | |

Your rights may be affected.  You should read these papers carefully and discuss them

with your attorney, if you have one in this bankruptcy case (If you do not have an attorney, you

may wish to consult one). If you do not wish the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, you or your attorney must:

1. On or before <u>November 14, 2016</u>, file with the Court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). <u>Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, threat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing</u>. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it at or before the date specified above.

    Clerk of the Court
    United States Bankruptcy Court
    200 South Washington Street
    Alexandria, Virginia 22314

2. You must <u>also</u> serve a copy of your response to the person(s) listed below.

    Dean L. Robinson, Esq.
    Atlantic Law Group, LLC
    1602 Village Market Blvd. SE, Suite 310
    Leesburg, Virginia  20175

3. You (or your attorney if you have one) must also attend the hearing at the place and on the date shown above.

If you and your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Date: November 3, 2016                               ALG Trustee, LLC
                                                     By Counsel


/s/ Dean L. Robinson
Dean L. Robinson, Esq. (VSB#34454)
Atlantic Law Group, LLC
1602 Village Market Blvd. SE, Suite 310
Leesburg, Virginia  20175
(703) 554-6413
(703) 940-9119 (fax)
drobinson@atlanticlawgrp.com
Counsel for ALG Trustee, LLC

Certificate of Service

       I hereby certify that a copy of the foregoing document was electronically served and/or mailed by way of regular mail to the following individual(s) and/or entity(ies) on the November 3, 2016:

| | |
|---|---|
| Ethan G. Ostroff, Esq.<br>Troutman Sanders LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach VA 23462 | H. Jason Gold<br>Dylan G. Trache<br>Nelson Mullins Riley & Scarborough LLP<br>101 Constitution Avenue, NW,<br>Suite 900<br>Washington, DC 20001 |
| Frank B.B. Kowlton<br>B. Keith Poston<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main Street, 17th Floor<br>Columbia, SC 29201 | Nishant Kumar, Esq.<br>US Department of Justice, Tax Division<br>PO Box 227<br>Ben Franklin Station<br>Washington, DC 20044 |
| Virginia Department of Taxation<br>PO Box 2156<br>Richmond VA 23218 | Robert S. Brandt, Esq.<br>1513 King Street<br>Alexandria, VA 22314 |

      /s/ Dean L. Robinson
      Dean L. Robinson, Esq.
      Atlantic Law Group, LLC
      1602 Village Market Boulevard SE, Suite 310
      Leesburg, Virginia  20175